IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| EDWARD LEE | : | NO. 07-748-01 |

**MEMORANDUM AND ORDER**

**Baylson, J.**                                                                                                                  **April 25, 2008**

The Court held a hearing on Defendant's Motion to Suppress Evidence on April 14, 2008. The testimony presented by the government showed that two police officers stopped the Defendant, who was driving a motorcycle, for illegal passing.  When the officers pulled the Defendant over, the officers who questioned him determined that he was exceptionally nervous and could not produce a valid driver's license for operating a motorcycle.  In accordance with the Philadelphia "Live Stop" Law Enforcement Program (which requires that a vehicle, including a motorcycle, be towed to a City pound if the operator does not have a valid driver's license), the officers determined to have the motorcycle impounded under this program.

In accordance with their standard procedure and for their safety, the officers then did a pat-down of the Defendant, which required them to feel the Defendant's body under a thick, leather motorcycle jacket.  One officer felt the handle of a gun, and lifting the Defendant's shirt, removed a handgun loaded with ten live rounds of ammunition.  This resulted in the Defendant's arrest.

The Court credits the testimony of the officers and finds that the pat-down and the seizure

of the gun were lawful. Having lawfully stopped the motorcycle, the officers are permitted to exercise reasonable investigation, including a pat-down of the driver. See <u>Pennsylvania v. Mimms</u>, 434 U.S. 106 (1977) and <u>United States v. Bonner</u>, 363 F.3d 213 (3d Cir. 2004). Thus, the seizure of the gun was lawful.

## **ORDER**

AND NOW, this 25th day of April, 2008, it is hereby ORDERED that Defendant's Motion to Suppress (Doc. No. 45) is DENIED.

BY THE COURT:

   Michael M. Baylson, J.   /s/
Michael M. Baylson, U.S.D.J.

O:\Criminal Cases\07-748 Lee, US v\07-748 Lee, Edward - Memo 4-25-08.wpd